UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEABOURN CRUISE LINE LIMITED, HOLLAND AMERICA LINE NV, <br><br> Plaintiff, <br><br> v. <br><br> ERIC J GOLDRING, GOLDRING TRAVEL LLC, <br><br> Defendants. | CASE NO. 2:22-cv-00999-BAT <br><br> **ORDER GRANTING MOTION TO POST TRO BOND (DKT. 20)** |

Plaintiff Seabourn Cruise Line Limited and Holland America Line N.V. (collectively "HAL"), request an order allowing them to post a TRO bond in this Court's registry. Dkt. 20 ("HAL'S TRO Motion"). Defendants Eric Goldring and Goldring Travel, LLC ("Defendants") refused to stipulate to this request and filed a "Cross-Motion to Dismiss Temporary Restraining Order and Response Motion for Bond to be Posted." Dkts. 35 & 36. Defendants do not address the narrow issue raised in HAL's TRO Motion but rather, request that the Court dissolve the TRO and sanction HAL. Dkt. 35. The Court has already rejected these arguments. *See* Dkt. 42.

In granting HAL's Motion for Preliminary Injunction ("Preliminary Injunction Order"), the Court referenced HAL's TRO Motion and stated that no additional bond was required to be posted with this Court. Dkt. 42 at 8. However, due to the removal from state court to this Court (and closure of the state court matter), the TRO bond is not currently held in the state court registry. Therefore, HAL has renewed its request for an order allowing it to pay the TRO Bond

ORDER GRANTING MOTION TO POST
TRO BOND (DKT. 20) - 1

1 | of $10,000 in the federal court registry. Dkt. 20. Accordingly, pursuant to LCR 67, the TRO

2 | Order, and this Court's Preliminary Injunction Order, the Court **GRANTS** Plaintiffs' Motion

3 | Requiring Them to Post Temporary Restraining Order Bond in Federal Court Registry (Dkt. 20).

4 | **IT IS FURTHER ORDERED** that Plaintiffs shall post a bond in the amount of

5 | $10,000.00 with the registry of the Court within seven (7) business days of entry of this Order.

6 | **IT IS FURTHER ORDERED** that the Clerk is directed to deposit funds into the

7 | Registry of the Court in the principal amount of $10,000.00.

8 | DATED this 6th day of September, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge